**UNITED STATES BANKRUPTCY COURT**
**Western District of New York**
100 State Street
Rochester, NY 14614
www.nywb.uscourts.gov

In Re:                                                                                          Case No.: 2–04–24445–JCN
    Belinda M. Suarez        SSN/Tax ID:  xxx–xx–4363    Chapter: 7

                Debtor(s)

The following deficiencies have been noted upon the filing of the above entitled case and that the moving party was provided a copy of this notice. Please attach a completed amendment /schedule coversheet (which is available on the court's website) to your follow–up documentation.

The following are impairing this office's ability to perform its function, and must be corrected within 15 days, on pain of possible dismissal (or conversion to Chapter 7, in a reorganization case), unless otherwise noted:

- [ ] Statement of Social Security Number must be submitted immediately. (No Cover Sheet Required).
- [ ] Petition page incomplete:
    - [ ] Signature of debtor lacking on Section 341(b) Statement
    - [ ] Signature of attorney lacking on Exhibit "B".
- [ ] Caption fails to specify **aka/fka/dba/fdba** for the following:
- [ ] Debtor's signature is not consistent with case caption. Provide amended petition page with new original signature.
- [ ] Caption fails to list all names by which debtor might be known to creditors over the past six years. Provide amended petition page with new original signature of debtor(s).
- [ ] P.O. Box is sufficient for mailing, but does not suffice to tell us the place of residence. Submit letter of residence, including county.
- [ ] County of Residence does not coincide with debtor's street address.
- [ ] Mailing matrix is missing or not in a scannable form; zip codes on mailing matrix must be provided; Proper matrix MUST be provided within 24 hours of this notice.
- [ ] Signature of attorney lacking on
  Please provide replacement with original signature.
- [ ] Signature of debtor lacking on
  Please provide replacement with original signature.
- [ ] Prior/Pending Bankruptcy Information on second page of Petition is incomplete.
- [ ]  Other:

The following deficiencies have also been noted and will inhibit the work of others or will obstruct also rights of other parties. These must be cured in accordance with pertinent Bankruptcy Rules as to manner and time. Failure to comply may result in dismissal, conversion, monetary or other sanctions (against the debtor or counsel), as appropriate.

- [ ] Attorney's affidavit advising the Debtor(s) of Bankruptcy alternatives conforming to the official forms (Exhibit "B").
- [X] Statement of Financial Affairs
- [ ] Schedule fails to include
- [X] Schedule A–J
- [ ] Statement of Intention re: Secured consumer debts must coincide with Schedule D (form 8)
    - [ ] Fails to include:
- [X] Summary of Schedules (form 6)
- [ ] Disclosure Statement of Counsel, Section 329, 504 11 U.S.C.

[ ]   Chapter 13 Plan: INCOMPLETE FOR THE FOLLOWING REASONS:
[ X ] Declaration concerning Schedules
[ X ] Declaration concerning Statement of Fin. Affairs
[ ]   Obsolete Official Forms used. DO NOT REFILE FORMS. Use current version of official forms for future filings.

For conventional (paper) filings only: An original + 3 copies of petitions, lists, schedules, statements and amendments thereto for cases filed under Chapter 7 or 13; an original + 6 copies for cases filed under Chapters 9, 11 or 12 are required. For electronic filings: Please refer to CM/ECF Administrative Procedures and the Quick Reference Filings Guide.

**Form dfcsop**
Doc 1